ALISON M. BRASIER, ESQ.
Nevada Bar #10522
**HICKS & BRASIER**
2630 S. Jones Blvd.
Las Vegas, NV 89146
(702) 702-628-9888
Attorney for Plaintiffs

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NAKIA GHASSEDI and MOHAMMED GHASSEDI,<br><br>Plaintiffs,<br><br>v.<br><br>DOE EMPLOYEE, a Nevada resident, SMITH'S FOOD & DRUG CENTERS, INC.; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:20-cv-01711-GMN-BNW |

## SUBSTITUTION OF ATTORNEYS

BRITTANY A. YOUNG, ESQUIRE, Attorney of Record for the above-named Plaintiffs, NAKIA GHASSEDI and MOHAMMED GHASSEDI, does hereby consent to the substitution of **ALISON M. BRASIER, ESQUIRE, of the Law Offices of HICKS & BRASIER,** as attorney for the Plaintiffs, NAKIA GHASSEDI and MOHAMMED GHASSEDI in the above-entitled matter in her place and stead.

DATED this 21st day of September, 2020.

CRAIG P. KENNY & ASSOCIATES

BRITTANY A. YOUNG, ESQ.
Nevada Bar No. 13663
501 S. 8th Street
Las Vegas, Nevada 89101

1

1  **ALISON M. BRASIER, ESQUIRE,** does hereby agree to be substituted in the place of
2  BRITTANY A. YOUNG, ESQUIRE, as attorney for Plaintiffs, NAKIA GHASSEDI and MOHAMMED
3  GHASSEDI, in the above-entitled matter.
4  DATED this __6__ day of ~~September~~ October, 2020.

**HICKS & BRASIER**

_____
**ALISON M. BRASIER, ESQ.**
Nevada Bar # 10522
2630 S. Jones Blvd.
Las Vegas, NV 89146

NAKIA GHASSEDI, Plaintiff in the above-entitled case, consents to the substitution of **ALISON M. BRASIER, ESQUIRE, of the Law Offices of CRAIG P. KENNY & ASSOCIATES,** in place of BRITTANY A. YOUNG, ESQUIRE, as her attorney of record.

DATED this __29__ day of September, 2020.

_____
**NAKIA GHASSEDI**, Plaintiff

MOHAMMED GHASSEDI, Plaintiff in the above-entitled case, consents to the substitution of **ALISON M. BRASIER, ESQUIRE, of the Law Offices of CRAIG P. KENNY & ASSOCIATES,** in place of BRITTANY A. YOUNG, ESQUIRE, as his attorney of record.

DATED this __29__ day of September, 2020.

_____
**MOHAMMED GHASSEDI**, Plaintiff

**IT IS SO ORDERED**

**DATED:** 4:01 pm, October 09, 2020

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**