UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NAKIA GHASSEDI, *et al.*, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:20-cv-01711-GMN-BNW |
| vs. ) | |
| ) | **ORDER** |
| SMITH'S FOOD & DRUG CENTERS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pending before the Court is the Report and Recommendation of United States Magistrate Judge Brenda Weksler, (ECF No. 28), which recommends that Plaintiff's motion to amend, (ECF No. 20), be granted in part and denied in part.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. Local R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. 28 U.S.C. § 636(b)(1); D. Nev. Local R. IB 3-2(b).  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g., United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed.  (*See* Min. Order, ECF No. 28) (setting an August 31, 2021, deadline for objections).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 28), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that the Plaintiff's Motion to Amend, (ECF No. 20), be **GRANTED in part and DENIED in part** consistent with Judge Weksler's Report and Recommendation, (ECF No. 28).

DATED this \_\_\_5\_\_\_ day of October, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court