UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NAKIA GHASSEDI, et al., <br><br>　　　　　　Plaintiff, <br>v. <br><br>SMITH'S FOOD AND DRUG CENTERS, INC., <br>　　　　　　Defendants. | Case No. 2:20-cv-01711-ART-BNW <br><br>ORDER |

The proposed joint pretrial order was due no later than June 8, 2022, and is overdue. (ECF No. 33.) Local Rule 16-3(b) provides:

> Upon the initiative of a *pro se* plaintiff or plaintiff's attorney, the attorneys or parties who will try the case and who are authorized to make binding stipulations must personally discuss settlement and prepare and file a proposed joint pretrial order . . . .

IT IS THEREFORE ORDERED that the parties file a proposed joint pretrial order by October 28, 2022. Failure to comply with this Order may result in sanctions, including dismissal of claims or defenses.

DATED THIS 6th Day of October 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE