# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NAKIA GHASSEDI and MOHAMMED GHASSEDI,<br><br>    Plaintiffs,<br><br>v.<br><br>DOE EMPLOYEE, a Nevada resident, SMITH'S FOOD & DRUG CENTERS, INC.; DOES I through X, inclusive; and ROE CORPORATIONS I, through X, inclusive<br><br>    Defendants. | Case No. 2:20-cv-01711-ART-BNW<br><br>**ORDER APPROVING**<br><br>**STIPULATION FOR DISMISSAL WITH <u>PREJUDICE</u>** |

WHEREAS, the parties and their respective counsel have agreed upon a full and final settlement of this case and all claims asserted therein;

IT IS HEREBY STIPULATED AND AGREED by and between ANTHONY L. ASHBY, ESQ. of the LADAH LAW FIRM, Attorneys for Plaintiffs NAKIA GHASSEDI and MOHAMMED GHASSEDI, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., as follows:

1. That the claims herein of Plaintiffs NAKIA GHASSEDI and MOHAMMED GHASSEDI against all Defendants including, but not limited to, SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

CLAC 7283756.1

2. That any matters pending on the Court's docket along with any scheduled deadlines be vacated.

| | |
|---|---|
| Dated this 22nd day of February, 2023. | Dated this 22nd day of February, 2023. |
| LADAH LAW FIRM | COOPER LEVENSON, P.A. |
| /s/ Anthony L. Ashby<br>ANTHONY L. ASHBY, ESQ.<br>Nevada Bar No.: 004911<br>517 South Third Street<br>Las Vegas, NV 89101<br>Attorneys for Plaintiffs<br>NAKIA GHASSEDI<br>MOHAMMED GHASSEDI | /s/ Jerry S. Busby<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No.: 1107<br>3016 West Charleston Boulevard - #195<br>Las Vegas, NV 89102<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

**ORDER**

IT IS SO ORDERED. Case dismissed, with prejudice.

DATED: February 22, 2023

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE

2

CLAC 7283756.1